

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,553

### EX PARTE MICHAEL ANGELO WHATLEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2007-0000071M-CR-B IN THE 97th DISTRICT COURT
### FROM MONTAGUE COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a firearm by a felon and sentenced to ten years' imprisonment. He did not appeal his conviction.

Applicant contends that his plea of guilty was involuntary because he was incompetent at the time it was entered. We remanded this application to the trial court for findings of fact and conclusions of law.

The trial court, based upon a report filed by a court-appointed psychiatrist, determined that

Applicant was incompetent at the time he entered his plea of guilty, and the plea was therefore involuntary. Applicant is entitled to relief. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985).

Relief is granted. The judgment in Cause No. 2007-0000071M-CR-B in the 97th Judicial District Court of Montague County is set aside, and Applicant is remanded to the custody of the sheriff of MONTAGUE County to answer the charges as set out in the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.


Delivered: May 11, 2011
Do Not Publish